**STATE OF HAWAII**, Plaintiff–Appellant, v. **HEINZ LENGWENUS**, Defendant–Appellee

NO. 12839

(TRAFFIC NO. Z73164A)

OCTOBER 26, 1988

LUM, C.J., NAKAMURA, PADGETT, HAYASHI, AND WAKATSUKI, JJ.

OPINION OF THE COURT BY PADGETT, J.

This is an appeal by the State of Hawaii from the dismissal of a charge of refusal to consent to testing, under HRS § 286–155, on the basis that the hearing was not held within 20 days after the receipt of the affidavit. The trial judge construed HRS § 286–156 as forbidding a waiver of the 20–day period.

While we have held that, absent waiver, the 20–day statutory requirement must be strictly complied with, we think it clear that the defendant can waive that requirement. Here, the record indicates that the appellee requested a continuance in order to complete discovery and that the court below granted that continuance. We hold that a defendant, charged with failure to submit to testing, can waive the 20–day period. Reversed and remanded for further proceedings consistent herewith.

*Arthur E. Ross*, Deputy Prosecuting Attorney, on the briefs for appellant.

*Bruce A. Masunaga* on the brief for appellee.